UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
CIVIL ACTION NO. 5:07-CV-114-TBR

MICHAEL WAYNE LONG                                                        PLAINTIFF

v.

ROBERT BELL, *et al.*                                                            DEFENDANTS

**MEMORANDUM OPINION AND ORDER**

This matter is before the Court on Plaintiff Michael Wayne Long's Motion to Reopen Case. [DN 7]. Defendants have not responded, nor have they been served. Nevertheless, the Court considers this motion to be ripe for review, and for the following reasons, it is **DENIED.**

On August 3, 2007, the Court dismissed Long's complaint because it was wholly frivolous and devoid of merit. [DN 3 at 2]. Long initiated this action by filing a document styled "Criminal Complaint." In his "Criminal Complaint," Long asserted that three Kentucky State Penitentiary corrections officers struck him on the side of the face with a revolver in 1980. Long claimed that the officers' actions violated 18 U.S.C. § 241, a criminal statute. The Court dismissed Long's complaint for two reasons: (1) "a private citizen lacks a judicially cognizable interest in the prosecution or nonprosecution of another." *Linda R.S. v. Richard D.*, 410 U.S. 614, 619 (1973); and (2) 18 U.S.C. § 241 does not give rise to any private civil cause of action. *See United States v. Oguaju*, 76 F. App'x 579, 581 (6th Cir. 2003).

On December 28, 2018, Long filed a Motion to Reopen Case. [DN 5]. The Court denied Long's motion given that he did not dispute either of the grounds for dismissal in the Court's prior Memorandum Opinion, nor did he identify a rule of procedure under which this action could be reopened. [DN 6]. Long has now filed a second Motion to Reopen Case

claiming subject matter jurisdiction under the Civil Rights Act of 1871. [DN 7]. However, Long again fails to dispute the grounds upon which the Court dismissed the action and he did not identify a rule of procedure under which the action could be reopened. Accordingly, Long's Motion to Reopen Case is **DENIED.** [DN 7]. The case shall remain closed.

    **IT IS SO ORDERED.**

**Thomas B. Russell, Senior Judge**
**United States District Court**

March 20, 2020

cc:    Michael Wayne Long, *Pro Se*,
       81811 KSR – Kentucky State
       Reformatory
       P.O. Box 188
       LaGrange, KY 40031
cc:    Counsel of Record